# UNITED STATES BANKRUPTCY COURT
## DISTRICT of Southern District of Alabama

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 7/19/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Darlene Artz Thompson
aka Darlene M. Thompson, aka Darlene A. Thompson,
aka Scuttlebutt Pub, aka D & D LLC, aka Foley's Irish
Pub, LLC
401 W. Myrtle Ave
Foley, AL 36535

| Case Number:<br>10–03299 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–2498 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Earl P. Underwood Jr.<br>21 South Section Street<br>Fairhope, AL 36532–2106<br>Telephone number: (251)990–5558 | IT IS ORDERED THAT THE BELOW INDIVIDUAL IS APPOINTED INTERIM TRUSTEE IN THIS CASE AND THAT THE TRUSTEE'S BOND IS FIXED UNDER THE GENERAL BLANKET BOND PREVIOUSLY APPROVED BY THIS COURT.<br><br>Bankruptcy Trustee (name and address):<br>Denise I. Littleton<br>4321 Midmost Drive<br>Mobile, AL 36609<br>Telephone number: 251 304–0070 |

## Meeting of Creditors

Date: **August 16, 2010**      Time: **08:30 AM**
Location: **Meeting Room, 182 St. Francis Street, 3rd Floor, Mobile, AL 36602**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 10/15/10**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Foreign Creditors
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>201 St Louis Street<br>Mobile, AL 36602<br>Telephone number: (251) 441–5391 | **For the Court:**<br>U. S. Bankruptcy Judge:<br>WILLIAM S. SHULMAN |
|---|---|
| Hours Open: Monday – Friday 8:30 AM – 5:00 PM | Date: 7/20/10 |

# EXPLANATIONS

FORM B9A (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

# CERTIFICATE OF NOTICE

```
District/off: 1128-1          User: admin              Page 1 of 1              Date Rcvd: Jul 20, 2010
Case: 10-03299                Form ID: B9ARefrm        Total Noticed: 26

The following entities were noticed by first class mail on Jul 22, 2010.
db             +Darlene Artz Thompson,    401 W. Myrtle Ave,    Foley, AL 36535-1940
2149789        +Baldwin County Sales and Use Tax Dept,    PO Box 1329,    Bay Minette, AL 36507-1329
2149790        +Bankcard Services,    PO Box 4477,    Beaverton, OR 97076-4401
2149791        +Beach Associates Inc.,    95 Wolf Creek Blvd Ste 2,    Dover, DE 19901-4965
2149796        +Computer Security System,    PO Box 386,    Elberta, AL 36530-0386
2149798        +Eskew, Harold Jr.,    1201 North Alston,    Foley, AL 36535-3517
2149799        +Fia Csna,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
2149800         Firestone Financial Corp,    27 Christina St,    PO Box 610325,    Newton Highlands, MA 02461-0325
2149801         First Equity Card Corp,    PO Box 23029,    Columbus, GA 31902-3029
2149802        +Franklin Collection Sv,    2978 W Jackson St,    Tupelo, MS 38801-6731
2149803        +GEMB/Lowe's Business Acct,    PO Box 530970,    Atlanta, GA 30353-0970
2149807        +Robinson, Donna J.,    319A N McKenzie St.,    Foley, AL 36535-3534
2149809        +South Baldwin Medical Center,    1613 North McKenzie Street,    Foley, AL 36535-2299
2149811        +TV 7 Cable & Broadcast,    2911 Shortcut Rd,    Pascagoula, MS 39567-1809

The following entities were noticed by electronic transmission on Jul 21, 2010.
aty            +E-mail/Text: EPUNDERWOOD@GMAIL.COM                              Earl P. Underwood, Jr.,
                 21 South Section Street,    Fairhope, AL 36532-2206
tr             +EDI: QDILITTLETON.COM Jul 20 2010 21:23:00      Denise I. Littleton,    4321 Midmost Drive,
                 Mobile, AL 36609-5532
2149791        +E-mail/Text: info@beachassoc.com                                Beach Associates Inc.,
                 95 Wolf Creek Blvd Ste 2,    Dover, DE 19901-4965
2149792        +EDI: AIS.COM Jul 20 2010 21:23:00      Capital One, N.a.,    C/O American Infosource,
                 Po Box 54529,    Oklahoma City, OK 73154-1529
2149793        +EDI: CHASE.COM Jul 20 2010 21:18:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
2149794        +EDI: CITICORP.COM Jul 20 2010 21:23:00      Citgo Oil / Citibank,    Attn: Centralized Bankruptcy,
                 Po Box 20432,    Kansas City, MO 64195-0432
2149795        +EDI: CITICORP.COM Jul 20 2010 21:23:00      Citibank Usa,    Attn.: Centralized Bankruptcy,
                 Po Box 20363,    Kansas City, MO 64195-0363
2149797        +EDI: DISCOVER.COM Jul 20 2010 21:18:00      Discover Fin,    Attention: Bankruptcy Department,
                 Po Box 3025,    New Albany, OH 43054-3025
2149804        +EDI: HFC.COM Jul 20 2010 21:23:00      Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
2149805         EDI: IRS.COM Jul 20 2010 21:23:00      IRS,    PO Box 21126,    Philadelphia, PA 19114
2149806        +EDI: RMSC.COM Jul 20 2010 21:23:00      Lowes / MBGA,    Attention: Bankruptcy Department,
                 Po Box 103104,    Roswell, GA 30076-9104
2149808        +EDI: CITICORP.COM Jul 20 2010 21:23:00      Shell Oil / Citibank,    Attn.: Centralized Bankruptcy,
                 Po Box 20507,    Kansas City, MO 64195-0507
2149810        +EDI: ALDEPREV.COM Jul 20 2010 21:23:00      State of Alabama,    Department of Revenue,
                 50 North Ripley St.,    Montgomery, AL 36132-0001
                                                                                                TOTAL: 13

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 22, 2010          Signature:  _Joseph Speetjens_