IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:

Darlene M. Thompson,　　　　　　　　　　　　　　CASE NO. 10-03299

Debtor.

## DEBTOR'S FIRST CUMULATIVE STATEMENT

Comes now, Darlene M. Thompson, and files this First Cumulative Statement as follows:

1. Schedule F is amended to remove tax debts and add dates unsecured non-priority debts were incurred.

2. Schedule E is amended to list tax debts previously listed on Schedule F.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/ Earl P. Underwood, Jr.
　　　　　　　　　　　　　　　　Earl P. Underwood, Jr. (UNDEE6591)
　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　Underwood & Riemer, PC
　　　　　　　　　　　　　　　　21 South Section Street
　　　　　　　　　　　　　　　　Fairhope, Alabama 36532
　　　　　　　　　　　　　　　　(251) 990-5558
　　　　　　　　　　　　　　　　epunderwood@gmail.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have served the above and foregoing Amendment to Schedules, via electronic filing, this the 17th day of August 2010, upon the following:

Denise I. Littleton, Trustee

　　　　　　　　　　　　　　　　/s/ Earl P. Underwood, Jr.
　　　　　　　　　　　　　　　　Earl P. Underwood, Jr.