IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In re:                                    *

DARLENE ARTZ THOMPSON,                    *    Case No. 10-03299

   Debtor.                                *

## NOTICE OF APPEARANCE

Barry L. Thompson of Silver, Voit & Thompson, Attorneys at Law, P.C., hereby appears as counsel for Firestone Financial Corp.

                                       /s/ Barry L. Thompson
                                       Barry L. Thompson

                                       SILVER, VOIT & THOMPSON
                                       Attorneys at Law, P.C.
                                       4317-A Midmost Drive
                                       Mobile, AL  36609-5589
                                       Telephone: 251/343-0800
                                       Fax:  251/343-0862
                                       e-mail:  bthompson@silvervoit.com
                                       LS-7968-13711/mm

                                       Attorneys for Firestone Financial Corp.

## CERTIFICATE OF SERVICE

I, Barry L. Thompson, do hereby certify that I have served a copy of the foregoing pleading upon James D. Patterson, Underwood & Riemer, P.C., P.O. Box 1206, Mobile, AL 36633-1206 and Denise I. Littleton, Chapter 7 Trustee, 4321 Midmost Drive, Mobile, AL 36609, via U.S. mail, properly addressed and first class postage prepaid, or via electronic mail, as applicable, on this the 19th day of August, 2010.

                                         /s/ Barry L. Thompson
                                       Barry L. Thompson